IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ABBY YOUNG,

        Plaintiff,

v.                                            Case No.      07-4012-SAC

THE DAILY UNION,
MONTGOMERY COMMUNICATIONS,

        Defendants.

_____

## ORDER TO SUPPLEMENT FINANCIAL AFFIDAVIT

This matter comes before the court upon plaintiff's Application for Leave to File Action Without Payment of Fees, Costs, or Security (Doc. 2).

28 U.S.C. § 1915 allows the court to authorize the commencement of a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor."

Upon reviewing plaintiff's motions, the court finds several deficiencies in plaintiff's financial affidavits, without which the court is unable to conclude whether plaintiff's motions should be granted under the circumstances.  Specifically, the court is unable to ascertain plaintiff's current marital status or plaintiff's current and past employment history as contained on pages 2 and 3 of the court's standard form

Application to File Action Without Payment. Upon reviewing plaintiff's application, it appears that plaintiff has omitted pages 2-3 of the court's standard form.[1] The court notes that such form may be downloaded from the court's website at http://www.ksd.uscourts.gov/forms/index.php or may be obtained through the Clerk's Office. As a result, the court shall order Ms. Young to supplement her affidavit to include this omitted information.

**IT IS THEREFORE ORDERED** that on or before **February 1, 2007,** plaintiff shall file a supplement to her financial affidavit including information contained on pages 2-3 of this court's standard form Application to File Action Without Payment.

Plaintiff's supplement shall be filed with the Clerk's Office and shall be filed under seal.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

---

[1] *See* Plaintiff's Application for Leave to File Action Without Payment of Fees, Costs, or Security (Doc. 2). The court notes that the page numbers on plaintiff's application jump from page 1 to page 4. Pages 2 and 3 are not included in plaintiff's filing.